UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABREEN FREEMAN, | No. 2:14-cv-0065 LKK CKD PS |
| Plaintiff, | |
| v. | ORDER AND |
| UNITED STATES POSTAL SERVICE, | ORDER TO SHOW CAUSE |
| Defendant. | |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In the complaint, plaintiff complains about the United States Postal Service failing to deliver plaintiff's mail. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to

/////

show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

It also appears that defendant United States Postal Service is immune from suit under the provision of the Federal Tort Claims Act ("FTCA") exempting the United States from liability arising from negligently transmitted mail. See 28 U.S.C. § 2680(b) (FTCA does not apply to "[a]ny claim arising out of the loss, miscarriage, or negligent transmission of letters or postal matter"). In responding to the order to show cause, plaintiff must also set forth the basis under which the USPS is not immune from suit for the actions alleged herein.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than January 30, 2014, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction and the basis for any claim that the United States Postal Service is not immune from suit.

Dated: January 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 sabreen.ifp.nosmj.osc