UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABREEN FREEMAN, | No.  2:14-cv-0065 LKK CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

In this action, plaintiff, proceeding pro se, complains about problems she has had with her mail service.  The complaint does not allege a basis for subject matter jurisdiction.  Plaintiff was accordingly ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Plaintiff has filed a response to the order to show cause.  However, the response does not set forth a basis for subject matter jurisdiction and simply expands on the problems plaintiff has encountered with delivery of her mail.  It also appears that defendant United States Postal Service is immune from suit under the provision of the Federal Tort Claims Act ("FTCA") exempting the United States from liability arising from negligently transmitted mail.  See 28 U.S.C. § 2680(b) (FTCA does not apply to "[a]ny claim arising out of the loss, miscarriage, or negligent transmission of letters or postal matter").

/////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 30, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 freeman0065.nosmj.57